# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D23-1862
LT Case No. 2003-033277-CFAES
_____

SHERMAN LAMAR DOUGHTRY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Lora S. Scott, Assistant Regional Counsel, of Office of Criminal Conflict and Civil Regional Counsel, Casselberry, for Appellant.

Sherman Lamar Doughtry, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison L. Morris, Assistant Attorney General, Daytona Beach, for Appellee.

January 9, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____